## PARTITION IN THE CASE OF THOMAS CANDY.

Court of Chancery. Kent. February, 1820.